```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN HIRSCH,

      Plaintiff,

-against-

SELL IT SOCIAL, LLC,

      Defendant.

20-CV-0153 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    It appears to the Court that no action has taken place in this case since January 13, 2020, when plaintiff effected service of the summons and complaint on defendant. (Dkt. No. 7.) Defendant's deadline to answer or otherwise respond to the complaint was February 3, 2020. Fed. R. Civ. P. 12(a)(1)(A)(i).

    It is hereby ORDERED that, no later than **May 8, 2020**, plaintiff shall file a status letter updating the Court on the present status of the case, including whether he intends to move for a default judgment.

    Plaintiff is directed to serve a copy of this Order on defendant at that defendant's last known address, by U.S. Mail, and to file proof of such service.

Dated: New York, New York
       April 28, 2020

                                    **SO ORDERED**.

                                    _____
                                    **BARBARA MOSES**
                                    **United States Magistrate Judge**