**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
STEVEN HIRSCH,

              Plaintiff,

                                                                                          20 **CIV** 153 (LTS) (BCM)

        -against-                                                  **DEFAULT JUDGMENT**

SELL IT SOCIAL, LLC,

              Defendant.
---------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that pursuant to the Court's Memorandum Order dated October 5, 2020, Plaintiff's motion for a default judgment is granted; Plaintiff is awarded damages as follows: (1) $5,000 statutory damages for violation of he Copyright Act, (2) $5,000 statutory damages for violation of the DMCA, (3) $1,912.50 in attorney's fees, and (4) $440 in costs; accordingly, this case is closed.

**DATED**: New York, New York
             October 6, 2020

                                                                 **RUBY J. KRAJICK**
                                                                 _____
                                                                 **Clerk of Court**

                                              **BY:** _____
                                                                **Deputy Clerk**